Karina GARCIA, as Class Representative on behalf of herself and others similarly situated, Yari Osorio, as Class Representative on behalf of herself and others similarly situated, Benjamin Becker, as Class Representative on behalf of himself and others similarly situated, Cassandra Regan, as Class Representative on behalf of herself and others similarly situated, Yareidis Perez, as Class Representative on behalf of herself and others similarly situated, Tyler Sova, as Class Representative on behalf of himself and others similarly situated, Stephanie Jean Umoh, as Class Representative on behalf of herself and others similarly situated, Michael Crickmore, as Class Representative on behalf of himself and others similarly situated, Brooke Feinstein, as Class Representative on behalf of herself and others similarly situated, Plaintiffs–Appellees,

---

Marcel Cartier, as Class Representative on behalf of himself and others similarly situated, Plaintiff,

v.

Jane and John DOES 1–40, Individually and in their official capacities, Defendants–Appellants,

Raymond W. Kelly, Individually and in his official capacity, City of New York, Michael R. Bloomberg, in his official capacity and Individually, Defendants.

No. 12–2634.

United States Court of Appeals, Second Circuit.

Dec. 17, 2014.

Mara Verheyden–Hillard (Andrea Hope Costello and Carl Messineo, on the brief), Partnership for Civil Justice Fund, Washington, DC, for Plaintiffs–Appellees.

Ronald E. Sternberg, Assistant Corporation Counsel (Leonard Koerner and Arthur G. Larkin, Assistant Corporation Counsel, on the brief), for Zachary W. Carter, Corporation Counsel of the City of New York, New York, NY, for Defendants–Appellants.

Present: ROBERT A. KATZMANN, Chief Judge, and DENNIS JACOBS, GUIDO CALABRESI,* JOSÉ A CABRANES, ROSEMARY S. POOLER, REENA RAGGI, RICHARD C. WESLEY, PETER W. HALL DEBRA ANN LIVINGSTON, GERARD E. LYNCH, DENNY CHIN, RAYMOND J. LOHIER, JR., SUSAN L. CARNEY and CHRISTOPHER F. DRONEY, Circuit Judges.

---

* Senior Circuit Judge Guido Calabresi was a member of the initial three-judge panel that heard this appeal and is therefore eligible to

**ORDER**

Following disposition of this appeal on August 21, 2014, an active judge of the Court requested a poll on whether to rehear the case *in banc.* A poll having been conducted and a majority of the active judges of the Court having voted in favor of rehearing this appeal *in banc,*

IT IS HEREBY ORDERED that this appeal be heard *in banc. See* 91 Fed. R.App. P. 35(a). The *in banc* panel will consist of the 92 active judges of the Court and (subject to his election) the U.S.C. § 46(c).

The panel having recommended withdrawal of its opinions in this case, such withdrawal shall be noted on the docket by the Clerk of Court.

A briefing schedule will follow in due course.